# Orange County District Court

**801 W Division. Orange, 77630 TX. Phone: (409)882-7825 EXT**
**CASE HISTORY FOR CASE 170323-C**
Ronald W. Norwood VS. Scott A. Madey et al

FILED DATE: 10/2/2017        CASE TYPE: C/MOTOR VEHICLE        STATUS: Active
JUDGE: 163rd District Court

## CASE PARTIES:

| | |
|---|---|
| Plaintiff | Norwood, Ronald W. |
| Plaintiff Attorney | Lapray, Hal |
| Defendant | Madey, Scott A. |
| Defendant | ATS Specialized, Inc. |

## CASE HISTORY FOR CASE 170323-C

**Norwood, Ronald W.**

Current Age: Unknown     DOB: Unknown
DL#:     SSN: 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
Total Paid: $ 278.00     Balance Due: $ 0.00

| COST | AMOUNT | PAY PRIORITY |
|---|---:|---:|
| Action: PLAINTIFF'S ORIGINAL PETITION | | |
| COMP PUB ACCT CV (DC) $50.00 | $50.00 | 20 |
| DISTRICT CLK'S FEE-CASE $50.00 | 50.00 | 50 |
| OR CTY SHERIFF FEE-CASE $5.00 | 5.00 | 50 |
| LAW LIBRARY FEES $20.00 | 20.00 | 50 |
| STENOGRAPHIC FEES $15.00 | 15.00 | 50 |
| COURTHOUSE SEC FUND $5.00 | 5.00 | 50 |
| REC MGMT PRES $5. GC 51.317 (c)(2) | 5.00 | 50 |
| REC MGMT PRES FUND(CL-R) GC 51.317(c)(1 | 5.00 | 40 |
| JUDICIARY FEE | 42.00 | 30 |
| STATE:IND LGL(C)LGC 133.152 (a)(1) | 10.00 | 30 |
| APPELLATE JUD SUPPORT FEE | 5.00 | 30 |
| DC DIGITIZE CT. R. GC 51.708 | 10.00 | 40 |
| DC ARCHIVE 51.305 (b) | 10.00 | 40 |
| STATE E-FILING (C) $30 GC 51.851 (b) | 30.00 | 20 |
| Action: CITATION REQUESTED (PROCESS SERVER) | | |
| DISTRICT CLERK FEES : GENERAL | 16.00 | 50 |
| **Total:** | **$278.00** | |

| DATE | TIME | DESCRIPTION |
|---|---|---|
| 10/06/2017 | 10:33 am | Received payment of $278.00 from Hal Lapray for Ronald W. Norwood. Printed receipt #509800. Norwood, Ronald W. |
| 10/03/2017 | 11:51 am | Filing recorded: CITATION/S ISSUED + Electronically ATS Specialized, Inc. |
| 10/03/2017 | 11:51 am | JUSTINRH recorded the following Case Action Note: E-mailed to: kathy@packardlaw.com ATS Specialized, Inc. |
| 10/03/2017 | 11:51 am | Filing recorded: CITATION/S ISSUED + Electronically Madey, Scott A. |
| 10/03/2017 | 11:51 am | JUSTINRH recorded the following Case Action Note: E-mailed to: kathy@packardlaw.com Madey, Scott A. |
| 10/03/2017 | 11:49 am | Filing recorded: CITATION REQUESTED (PROCESS SERVER) Norwood, Ronald W. |
| 10/02/2017 | 11:44 am | Filing recorded: REQ FOR PROCESS FORM |

|            |          |                                                               |
|------------|----------|---------------------------------------------------------------|
|            |          | Norwood, Ronald W.                                            |
| 10/02/2017 | 11:43 am | Filing recorded: PLAINTIFF'S ORIGINAL PETITION                |
|            |          | Norwood, Ronald W.                                            |
| 10/02/2017 | 11:43 am | Filing recorded: CASE INFORMATION SHEET                       |
|            |          | Norwood, Ronald W.                                            |
| 10/02/2017 | 11:43 am | Filing recorded: E-FILE RECEIPT                               |
|            |          | Norwood, Ronald W.                                            |
| 10/02/2017 | 11:43 am | Filing recorded: *** E-FILED CASE ***                         |
|            |          | Norwood, Ronald W.                                            |

FILED 10/2/2017 3:57 PM
Vickie Edgerly, District Clerk
Orange County, Texas
Reviewed By: Justin Rhodes

CAUSE NO. B170323-C

| | | |
|---|---|---|
| RONALD W. NORWOOD | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| V. | § | |
| | § | ORANGE COUNTY, TEXAS |
| SCOTT A. MADEY, AND ATS | § | |
| SPECIALIZED, INC. | § | |
| Defendants | § | 163rd JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **RONALD W. NORWOOD,** Plaintiff, complaining of and against, Defendants, **SCOTT A. MADEY** and **ATS SPECIALIZED, INC.,** and files this his Original Petition, and would respectfully show unto the Court the following:

I.

### DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of the Texas Rules of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $100,000.

II.

### CLAIM FOR RELIEF

2. Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000.

III.

**PARTIES, JURISDICTION & VENUE**

3.     Plaintiff, Ronald W. Norwood, is an individual residing in Orange, Orange County, Texas.

4.     Defendant, Scott A. Madey, is an individual residing in Brockway, Pennsylvania, and may be served with process at his residence at 970 Evergreen Street, Brockway, Pennsylvania 15824.

5.     Defendant, ATS Specialized, Inc., is a foreign corporation with it principal place of business at 725 Opportunity Drive, Saint Cloud, Minnesota 56301, and may be served with process by serving its registered agent for service, National Registered Agents, Inc., at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

IV.

**FACTS**

6.     Plaintiff brings this action to recover damages for injuries sustained by Plaintiff as a result of an automobile collision that took place on or about October 2, 2016, at or near IH-10 West in Orange County, Texas. At the time of the incident made the basis of this lawsuit, Plaintiff sustained injuries when the vehicle driven by Plaintiff collided with a vehicle being driven by Defendant, Scott A. Madey, and owned and/or leased by Defendant, ATS Specialized, Inc. At the time of the collision in question, Defendant, Scott A. Madey, was in the course and scope of his employment with Defendant, ATS Specialized, Inc.

V.

## NEGLIGENCE AND VICARIOUS LIABILITY

ATS SPECIALIZED, INC.

7. *Respondeat Superior.* At the time of the incident made the basis of this suit, Defendant, ATS Specialized, Inc., was the employer of Defendant, Scott A. Madey. The wreck occurred while Defendant, Scott A. Madey, was furthering the business of his employer, ATS Specialized, Inc., and is, therefore, vicariously liable for the negligent acts of Defendant, Scott A. Madey.

SCOTT A. MADEY

8. Defendant, Scott A. Madey, while driving and/or leasing the said vehicle was negligent and proximately caused the occurrence in question in the following respects:

 (a) Failing to exercise due care;

 (b) Failing to keep a proper lookout;

 (c) Failing to keep vehicle in single lane of traffic;

 (d) Failing to keep vehicle under control;

 (e) Failing to stop and render aid;

 (f) Failing to swerve to avoid the collision;

 (g) Failing to timely apply brakes; and

 (h) Faulty evasive action.

9. In addition to his common law duties, Defendant, Scott A. Madey, also violated various sections of the Texas Transportation Code:

 § 40 Failing to stop and render aid;

 § 545.060 Failing to drive within a single lane; and

3

§ 545.401    Reckless driving,

10.    Plaintiff would show that each and all of the foregoing acts or omissions constituted negligence and/or negligence *per se* on the part of Defendants and were either singularly or collectively a direct and proximate cause of the occurrence in question.

VI.

11.    At the time of the accident, Defendant, ATS Specialized, Inc.'s employee, Scott A. Madey, was negligent in operating Defendant, ATS Specialized, Inc.'s vehicle. Specifically, Scott A. Madey was acting within the course and scope of his employment and had a duty to exercise ordinary care and operate said vehicle reasonably and prudently. Defendant breached that duty when its agent, Scott A. Madey, struck the vehicle operated by Plaintiff, Ronald W. Norwood.

12.    The negligent operation of Defendant, ATS Specialized, Inc's vehicle was a proximate cause of the damages suffered by Plaintiff, Ronald W. Norwood.

VII.

**DAMAGES**

13.    As a proximate result of Defendants' negligence and/or negligence *per se*, Plaintiff, Ronald W. Norwood, has damages in the past and will, in all reasonable probability, suffer damages in the future. These damages are set forth below:

(a)    Medical expenses;

(b)    Physical pain and suffering;

(c)    Mental anguish;

(d)    Physical impairment;

(e)    Cost of court; and

4

(f)  Such further legal and equitable relief as this court may deem proper.

14. Plaintiff further seeks recovery of pre-judgment interest on the damages as allowed by the Texas Civil Remedies and Practice Code and prays that upon entry of judgment that such pre-judgment interest be computed on all allowable damages.

VIII.

**PRE-EXISTING CONDITION**

15. In the alternative, Plaintiff would show that if any injury and/or condition from which he currently suffers was pre-existing, then such condition was aggravated, exacerbated, and/or made worse by the negligence of the Defendants herein.

IX.

**SUBSEQUENT CONDITION**

16. In the alternative, Plaintiff would show that if he suffers from any subsequent injury and/or condition, then such injury and or condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

X.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final trial hereof, he recover from Defendants his damages hereinabove, together with all costs of court, pre-judgment and post-judgment interest, and for any and such further relief, either at law or in equity, to which Plaintiff may show himself justly entitled.

        Respectfully submitted,

        PACKARD LAPRAY

BY:   /s/ Hal LaPray
        HAL LAPRAY
        Texas Bar No. 00796923
        1240 Orleans Street
        Beaumont, Texas 77701
        (409) 832-2300 Telephone
        (409) 833-8638 Facsimile
        hal@packardlaw.com

        ATTORNEYS FOR PLAINTIFF

10/03/17 11:48:26 Orange Cty DC Scanned by Justin R
Case 1:17-cv-00448-TH   Document 1-1   Filed 10/26/17   Page 9 of 13   PageID #: 12
FILED 10/2/2017 3:57 PM
Vickie Edgerly, District Clerk
Orange County, Texas
Reviewed By: Justin Rhodes

# CIVIL CASE INFORMATION SHEET

| CAUSE NUMBER *(FOR CLERK USE ONLY)*: B170323-C | COURT *(FOR CLERK USE ONLY)*: 163rd |
|---|---|

STYLED Ronald W. Norwood v. Scott A. Madey, and ATS Specialized,, Inc.

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Hal LaPray<br>Address:<br>1240 Orleans Street<br>City/State/Zip:<br>Beaumont, Texas 77701<br>Signature:<br>/s/ Hal LaPray | Email:<br>hal@packardlaw.com<br>Telephone:<br>(409) 832-2300<br>Fax:<br>(409) 833-8638<br>State Bar No:<br>00796923 | Plaintiff(s)/Petitioner(s):<br>Ronald W. Norwood<br><br>Defendant(s)/Respondent(s):<br>Scott A. Madey<br>ATS Specialized, Inc.<br><br>[Attach additional page as necessary to list all parties] | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____<br><br>Additional Parties in Child Support Case:<br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| *Civil* | | | *Family Law* | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional Liability:<br><br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability List Product:<br>_____<br>☐Other Injury or Damage: | ☐Eminent Domain/ Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br>_____<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus— Pre-indictment<br>☐Other: _____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br><br><br><br><br>**Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | |

| **Tax** | *Probate & Mental Health* | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |
|---|---|---|

**4. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
☒Over $200,000 but not more than $1,000,000
☐Over $1,000.00

CIVIL CITATION – CITCVWD

**THE STATE OF TEXAS**

To:   **Scott A. Madey**
      **970 Evergreen Street**
      **Brockway PA  15824**

Defendant, **NOTICE:**
   **YOU HAVE BEEN SUED.**  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
   Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

   Said        **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave,  Orange, Texas on October 2, 2017 in the following styled and numbered cause:

**Cause No:  170323-C**

**Ronald W. Norwood VS. Scott A. Madey et al**

   The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
      **Hal Lapray**
      **1240 Orleans Street**
      **Beaumont TX  77701**
   **ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this October 3, 2017.



VICKIE EDGERLY, District Clerk
Orange County, Texas

*Vickie Edgerly*

**RETURN**

   Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____, M., and executed in _____ County, Texas, at _____ o'clock _____.M., on the _____ day of _____, 20____, by delivering, in accordance with the requirements of law, to the within named _____ In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.
   And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

TOTAL FEES: _____                              BY: _____

| | |
|---|---|
| **From:** | Justin Rhodes |
| **To:** | "Kathy Addison" |
| **Subject:** | B170323-C Norwood Service |
| **Date:** | Tuesday, October 03, 2017 11:55:00 AM |
| **Attachments:** | Citation ATS.pdf |
| | Citation Madey.pdf |
| **Importance:** | High |

Attached are your citations in the above referenced case. Please print 2 copies of each citation and attach the Original Petition to one copy of each citation before forwarding for service.

Please acknowledge receipt of this service for our records. If you have any questions please feel free to call.

Thank you,

*Justin Rhodes*

Justin Rhodes
Deputy Clerk
Orange County District Clerks Office
801 W. Division
(409) 882 -7064
Jrhodes@co.orange.tx.us

CIVIL CITATION – CITCVWD

## THE STATE OF TEXAS

To:   ATS Specialized, Inc.
       National Registered Agents, Inc.
       1999 Bryan Street, Suite 900
       Dallas TX  75201


Defendant, **NOTICE:**
       **YOU HAVE BEEN SUED.**  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
       Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

       Said             **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave,  Orange, Texas on October 2, 2017 in the following styled and numbered cause:

**Cause No:  170323-C**

**Ronald W. Norwood VS. Scott A. Madey et al**

       The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
       **Hal Lapray**
       **1240 Orleans Street**
       **Beaumont TX  77701**
       **ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this October 3, 2017.



                                                         **VICKIE EDGERLY, District Clerk**
                                                         Orange County, Texas

---

                                           **RETURN**
       Came to hand on the _____ day of _____, 20_____, at _____ o'clock_____, M., and executed in _____County, Texas, at _____ o'clock_____.M., on the _____ day of _____, 20____, by delivering, in accordance with the requirements of law, to the within named _____In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.
       And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____


TOTAL FEES: _____                                    BY:_____

| | |
|---|---|
| **From:** | Justin Rhodes |
| **To:** | "Kathy Addison" |
| **Subject:** | B170323-C Norwood Service |
| **Date:** | Tuesday, October 03, 2017 11:55:00 AM |
| **Attachments:** | Citation ATS.pdf |
| | Citation Madey.pdf |
| **Importance:** | High |

Attached are your citations in the above referenced case.  Please print 2 copies of each citation and attach the Original Petition to one copy of each citation before forwarding for service.

Please acknowledge receipt of this service for our records.  If you have any questions please feel free to call.

Thank you,

*Justin Rhodes*

Justin Rhodes
Deputy Clerk
Orange County District Clerks Office
801 W. Division
(409) 882 -7064
Jrhodes@co.orange.tx.us